**Rohaji D. DALE, Plaintiff–Appellant,**

v.

**Lance P. FORSYTHE, Superintendent; Doctor Ofogh, Doctor; Gene Johnson, Director of Prisons; Christy Gray, LPN Nurse; Erica Powell, EMT Worker; C.E. Davis, Warden; Dr. M. Militana, Doctor; Doctor Hercules, Doctor, Defendants–Appellees.**

No. 10–7294.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2010.

Decided: Dec. 2, 2010.

Rohaji D. Dale, Appellant Pro Se. Lisa H. Leiner, Harman, Claytor, Corrigan & Wellman, Richmond, Virginia; Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia; Jeff W. Rosen, Pender & Coward, PC, Virginia Beach, Virginia; Lloyd Lee Byrd, Ruth Griggs, Sands Anderson, PC, Richmond, Virginia, for Appellees.

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rohaji Dale appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dale v. Forsythe,* No. 2:09–cv–00624–MSD–DEM (E.D.Va. Aug. 17, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*